UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GENO STERLING | CIVIL ACTION |
| VERSUS | |
| STEVE RADER, ET AL | NO. 09-442-D-M2 |

### ORDER

On July 23, 2009, the Court issued an Order denying petitioner's motion to proceed in forma pauperis beyond the filing of the above-captioned suit for the reason that petitioner had sufficient funds to pay partial advance costs in accordance with General Order 62 of this Court. (R. Doc. 4). The Court also ordered that its July 23, 2009 Order be served upon Centralized Inmate Banking for the Louisiana Department of Corrections for the issuance of a check drawn against the petitioner's inmate drawing and/or savings account in payment of the required court costs in the amount of $5.00 for the filing of this suit. As of the date of this Order, the Court has not received the filing fee and therefore cannot proceed with petitioner's case.

Accordingly;

**IT IS ORDERED** that Centralized Inmate Banking for the Louisiana Department of Corrections be served with this Order for the issuance of a check drawn upon petitioner Geno Sterling's inmate drawing and/or savings account in payment of the required court costs in the amount of $5.00 for the filing of this suit.

Signed in chambers in Baton Rouge, Louisiana, March 4, 2010.

CIB

**MAGISTRATE JUDGE CHRISTINE NOLAND**