UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GENO STERLING

VERSUS

STEVE RADER, ET AL.

CIVIL ACTION

NO. 09-442-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 15, 2010 (doc. no. 13). Plaintiff has filed an objection which the court has considered in conducting a *de novo* review of the record.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition for Writ of Habeas corpus (doc. no. 1) filed by petitioner, Geno Sterling, is DISMISSED WITH PREJUDICE and petitioner's Motion for an Evidentiary Hearing (doc. no. 9) is DENIED.

Baton Rouge, Louisiana, this 4th day of August, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE